**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-7477**

JOSHUA LEE BLACKWELL,

Plaintiff - Appellant,

v.

ALAN HOUSER, Lt.; JUDY HUMPHRIES, Head Nurse; JOHN H. PILAND, Dr.,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Frank D. Whitney, Chief District Judge. (5:16-cv-00067-FDW)

Submitted: April 17, 2018                    Decided: April 19, 2018

Before WILKINSON and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joshua Lee Blackwell, Appellant Pro Se. Scott Douglas MacLatchie, WOMBLE BOND DICKINSON (US) LLP, Charlotte, North Carolina; Ryan D. Bolick, Virginia Marie Wooten, CRANFILL, SUMNER & HARTZOG, LLP, Charlotte, North Carolina; Elizabeth Ellen McConnell, HALL BOOTH SMITH PC, Asheville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Lee Blackwell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Blackwell v. Houser*, No. 5:16-cv-00067-FDW (W.D.N.C. Oct. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*